## Appendix A

1. Alvarez, Natalia
2. Anderson, Lucinda
3. Arnold, Angela
4. Baez, Nina
5. Baker, Robert
6. Barkey, James
7. Becker, Felicia
8. Betts, Angela
9. Blue, Ashley
10. Bradley, Jerrica
11. Bryant, Christopher
12. Campanelli, Steve
13. Cascio, Jennifer
14. Cauley, Tina
15. Chansley, Christine
16. Cochran, Wanda
17. Colby, Michelle
18. Craig, Donyelle
19. Culbertson, Kyle
20. Cupe, Edith
21. Curry, Tyrah
22. Devore, Brenda
23. Dorsey, Joseph
24. Duffy, Cassy
25. Edward, Stevi
26. Edwards, Samuel
27. Escalona, Enrique
28. Eubanks, Amber
29. Favre, Branden
30. Feldhaus, Tabetha
31. Fitzpatrick, Samantha
32. Garcia, Yusleidys
33. Gillingham, Casey
34. Gilmore, Ashley
35. Gomez, Rodrigo
36. Gonzalez, Christina
37. Griffon, Shannon
38. Hamill, Jessica
39. Harrell, Michelle
40. Henderson, Moses
41. Henry, Coralie
42. Hobley, Felicia
43. Holden, Tabitha
44. Hurley, Brittany

45. Iguaran, Santiago
46. James, Derick
47. Jiminez, Fabian
48. Jorgensen, Christine
49. Kashdan, Emily
50. Kendrick, Ashlee
51. Kenna, Eric
52. King, Ryan
53. Knight, Amanda
54. Lambert, Tiffany
55. Lane, Valarie
56. Laursen, Gregory
57. Laursen, Elissa
58. Lister, Aranda
59. Lopez, Jennifer
60. Lucas, Samantha
61. Lukosevicius, Gediminas
62. Maksimocwicz, Joe
63. Maphis, James
64. Maroney, Nerissa
65. Martino, Gabriella
66. Masso, Virgin
67. Matini, Serguei
68. McClanahan, Tia Marie
69. Medina, Yasmin
70. Mejia, Robinson
71. Michaux, Jeffrey
72. Miller, Lashawna
73. Mitchell, Danelle
74. Mitchell, Maya
75. Mizner, David
76. Muler, Noraymay
77. Murphy, Kimberly
78. Ochoa, Manuela
79. Ortiz, Anibal
80. Owen, Gary
81. Parrish, Mary
82. Patel, Jashminben
83. Perez, Joan
84. Perez, Juan
85. Perez, Roxana
86. Perry, Raymond
87. Posz, Jennifer
88. Puccio, Michael
89. Quigley, Anthony
90. Rewis, Angela

91. Reyes, Rosa
92. Ricca, Corey
93. Rivera, Eliza
94. Rodriguez, Sasha
95. Rohrbach, Tracy
96. Rollins, Fabiola
97. Scott, Rebecca
98. Semrau, Shambi
99. Shultz, Robin
100. Solis, Ambar
101. Stofel, Tyler
102. Sullivan, Alexandria
103. Swift, Anne
104. Tanksley, Sharon
105. Tartish, Bruce
106. Teed, Janey
107. Thaxto, Leticia
108. Thorn, Gabrielle
109. Tulley, Bailey
110. Turner, Destiny
111. Turner, Jeffrey
112. Vanterpool, Gerard
113. Vargas, Wilmarie
114. Vougus, Richard
115. Walsh, Sarah
116. Weaver, Cody
117. Wilkins, Brittany
118. Wolfe, Danielle
119. Yarb, Melissa
120. Zarco, Ana
121. Zayas, Luis
122. Zeller, Holly